SUSAN B. HERSH P.C.
State Bar No. 09543925
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Ph. (972) 503-7070
Fax (972) 503-7077
susan@susanbhershpc.com
Counsel for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **CYNTHIA AND PATRICK BARBA,** | § | **CASE NO. 18-41027-btr-11** |
| Debtors. | § | **(Chapter 11)** |

## NOTICE OF PLAN COMPLETION AND § 522(q) STATEMENT
## BY CYNTHIA BARBA, INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

I, **CYNTHIA D. BARBA,** Debtor in the above styled and numbered cause, declare under penalty of perjury that:

1. On May 18, 2018, (the" Petition Date") Cynthia and Patrick Barba (the "Debtors") filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. On December 20, 2018, the Court entered an Order Approving the Debtor's Business Plan of Reorganization (Dkt. No. 46)(the "Confirmation Order"), confirming the Debtor's Plan of Reorganization (the "Plan").

3. The Debtors have paid, compromised and/or settled all dischargeable claims to be paid under the Plan.

4. The Debtors have paid and satisfied all administrative and priority claims (Classes 1, 2 and 3).

5. The Debtors have paid the obligations due to the Class 4 Claimants, per the terms of the Plan.

6. The Debtors have compromised, settled and satisfied the Claims of the Class 6 Claimant, which claims have been settled, paid and mutual releases exchanged.

7. The Debtors have compromised, settled and satisfied the Claims of the Class 7 Claimant, which claims have been settled, paid and mutual releases exchanged.

8. The only creditors not fully paid under the Plan are the Class 5 student loans, which are non-dischargable. The Debtors remain liable and will continue to pay the Class 5 student loan claims in accordance with such claimants' pre-petition contracts (which requires payments in larger amounts than required by the Plan). The entry of the requested Discharge Order does not discharge the Class 5 Student Loan Claims, as set forth in the Plan.

9. All distributions and payments required by the Plan to dischargeable claims has occurred.

10. The Debtors have tendered all payment to creditors required to be tendered by me under the provisions of the confirmed Chapter 11 plan in this case, with the exception of the Class 5, non-dischargeable student loans.

11. I have not been convicted of a felony (as defined in 18 U.S.C. §3156), the circumstances of which demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of Title 11, United States Code.

12. I do not owe a pre-confirmation debt arising from any violation of any federal or state securities law or any regulation or order arising from such law.

13. I do not owe a pre-confirmation debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase of any registered security.

14. I do not owe a pre-confirmation debt arising from any civil remedy provided by 18 U.S.C. §1964.

15. I do not owe a pre-confirmation debt arising from any criminal act, intentional tort, or

willful or reckless misconduct that caused serious physical injury or death to another individual during the five (5) years preceding the filing of this bankruptcy case.

16. There is no pending proceeding in which I may be found guilty of a felony or be found liable for a debt which would alter any of the foregoing declarations.

Date: 5/9/2019                     Signature: Cynthia D Barba
                                              Cynthia D. Barba